UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
DENVER DIVISION

| | |
|---|---|
| Salvador Avila-Menguia,<br><br>   Plaintiff,<br><br>v.<br><br>Stellar Recovery, Inc.,<br><br>   Defendant. | Case No. 1:16-cv-01350-KLM<br><br>Honorable Kristen L. Mix<br><br>**NOTICE OF SETTLEMENT** |

  Now comes Plaintiff, through counsel, to notify the Court that the parties have reached a settlement.  The parties are currently working on facilitating the settlement.  The parties intend to file an offer of judgment and acceptance of said offer within the next ten days.

           RESPECTFULLY SUBMITTED,

Date: August 9, 2016      By:  s/ David M. Menditto
                 David M. Menditto, Esq.
                 HYSLIP & TAYLOR, LLC, LPA
                 1100 W. Cermak Rd., Suite B410
                 Chicago, IL  60608
                 Phone:  312-380-6110
                 Facsimile 312-361-3509
                 Email: davidm@fairdebt411.com
                 *Attorney for Plaintiff, Salvador Avila-Menguia*

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 9, 2016, I electronically filed the foregoing Notice.

Service of this filing will be made by the Court's CM/ECF System upon the following:


Alison N. Emery, Esq.
ASSURANCE LAW GROUP
3731 Hendricks Avenue
Jacksonville, FL 32207
alison@assurancelawgroup.com

*Counsel for Defendant*

                                                               s/ David M. Menditto