**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:16-cv-01350-KLM

SALVADOR AVILA-MENGUIA,

    Plaintiff,

v.

STELLAR RECOVERY, INC.,

    Defendant.

**FINAL JUDGMENT PURSUANT TO FED. R. CIV. P. 68**

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 68, the following Judgment is hereby entered.

Pursuant to the offer of judgment served on August 16, 2016 and the acceptance thereof filed August 16, 2016, with proof of service, it is

ORDERED that judgment is hereby entered for SALVADOR AVILA-MENGUIA and against STELLAR RECOVERY, INC. In the amount of $4,000.00, which sum shall include reasonable attorney's fees and recoverable costs as agreed to by counsel or as determined by the court.  It is

FURTHER ORDERED that post-judgment interest shall accrue at the rate of 0.56% from the date of entry of judgment.

Dated at Denver, Colorado this 17th day of August, 2016.

                FOR THE COURT:
                JEFFREY P. COLWELL, CLERK

      By:  s/   M. Ortiz
                        s/M. Ortiz
                        Deputy Clerk